**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                   CASE NO.: 4:03-CR-1-SPM

NATALIE COTTON PETERS,

     Defendant.

_____/

**<u>ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582</u>**

     This cause comes before the Court on Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 158) and her Motion to Appoint Counsel (doc. 162).  The Government has filed a response in opposition (doc. 159).

     Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to her sentencing range.  Defendant's offense involved more than 12 kilograms of cocaine base and corresponds to a base offense level of 38 under the both old drug quantity table and the amended drug quantity table.  Because Defendant's sentencing range remains the same after the application of the amendment, she is not eligible for a reduction.

     Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      Defendant's request for a sentence reduction (doc. 158) is **denied**.

2.      Defendant's Motion to Appoint Counsel (doc. 162) is **denied**.

DONE AND ORDERED this <u>first</u> day of May, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge