**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 4:03-CR-1-SPM

NATALIE COTTON PETERS,

    Defendant.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

    This cause comes before the Court on Defendant's notice of appeal and motion for reconsideration (doc. 164). Defendant requests that this Court reconsider its decision to deny Defendant's request for appointment of counsel in order to pursue her request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 162).

    This Court found that Defendant was not entitled to a sentence reduction because her offense involved more than 12 kilograms of cocaine base and that amount of drugs corresponded to a base offense level of 38 under the both old drug quantity table and the amended drug quantity table. The arguments that Defendant has put forth in this current motion are the same arguments that would have been made at her original sentencing. These arguments are

1

unrelated to the amendment to the Sentencing Guidelines. Therefore, they would not affect the application of the amended guidelines to Defendant's sentence.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's request for reconsideration (doc. 164) is ***denied***.

DONE AND ORDERED this twenty-sixth day of June, 2008.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge