IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO.: 4:03-cr-1-SPM/AK-2

NATALIE COTTON PETERS,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR WRIT OF CORAM NOBIS

Pending before the Court is the Government's Motion for a Writ of Coram Nobis on behalf of the Defendant (doc. 183). Coram nobis relief is appropriate only in extraordinary circumstances to correct an error of fundamental character when there is no other relief available and valid reason for not pursing relief earlier. Alikhani v. United States, 200 F.3d 732, 734 (11th Cir. 2000). In this case, the Defendant was sentenced in error to 188 months in prison, her guideline range having been calculated to be 188 months to 235 months, based on a total offense level of 36. However, the Defendant was entitled to an eight-level downward adjustment for being a minimal participant in the offense, bringing her to a total offense level of 28 and a guideline range of 78 to 97

months. The Defendant's sentence of 188 months was the result of a fundamental error in the calculation of her applicable guideline range as reflected in the Pre-Sentence Report. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Government's Motion for Writ of Coram Nobis (doc. 183) is *granted*.
2. The Probation Office is directed to prepare a new and corrected Pre-sentence Report.
3. The Defendant will be assigned a date and time to report to Court for re-sentencing. An attorney will be appointed to represent the Defendant for this purpose.

DONE AND ORDERED this eighteenth day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge